**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Defendant Hilti, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| SEAN RODRIGUEZ, an individual,<br><br>                 Plaintiff,<br><br>        vs.<br><br>HILTI, INC., an Oklahoma corporation,<br><br>                 Defendant. | Case No. 2:26-cv-00818-MMD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff SEAN RODRIGUEZ ("Plaintiff") and Defendant HILTI, INC. ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On March 19, 2026, Plaintiff filed his Complaint for Damages [Doc. 1] (the "Complaint") in this Court initiating the above-captioned action. Plaintiff served Defendant on March 25, 2026.

2.      Under Federal Rule of Civil Procedure Rule 81(c)(2)(C), Defendant's current deadline to answer or otherwise respond to Plaintiff's Complaint is April 15, 2026.

3.      The Parties hereby stipulate to extend Defendant's deadline to answer or otherwise respond to Plaintiff Complaint to and including May 6, 2026.

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

174700737.2

4.     This stipulated extension is made in good faith and not for the purpose of delay. This is the first extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

DATED April 13, 2026.

GREENBERG GROSS LLP

By: /s/ *John M. Orr*
   JOHN M. ORR
   Nevada Bar No. 14251
   1980 Festival Plaza Drive, Suite 730
   Las Vegas, Nevada 89135
   Attorneys for Plaintiff Sean Rodriguez

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Jessica Beeler*
   JESSICA L. BEELER
   Nevada Bar No. 15387
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   Attorneys for Defendant Hilti, Inc.

## ORDER

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:   April 16, 2026

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2