**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for Defendant Hilti, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HILTI, INC., an Oklahoma corporation,<br><br>Defendant. | Case No. 2:26-cv-00818-MMD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff SEAN RODRIGUEZ ("Plaintiff") and Defendant HILTI, INC. ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.     On March 19, 2026, Plaintiff filed his Complaint for Damages [Doc. 1] (the "Complaint") in this Court initiating the above-captioned action. Plaintiff served Defendant on March 25, 2026.

2.     Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint was previously extended, by agreement of the parties and with approval of the Court, from April 15, 2026, to May 6, 2026.  [Doc. 14].

3.     At Defendant's counsel's request, Plaintiff's counsel has agreed to stipulate to extend Defendant's deadline to answer or otherwise respond to Plaintiff Complaint by one additional week, to and including May 13, 2026.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

174700737.2

4.     This stipulated extension is made in good faith and not for the purpose of delay. This is the second extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

DATED May 5, 2026.

GREENBERG GROSS LLP

By: /s/ *John M. Orr*
    JOHN M. ORR
    Nevada Bar No. 14251
    1980 Festival Plaza Drive, Suite 730
    Las Vegas, Nevada 89135
    Attorneys for Plaintiff Sean Rodriguez

LEWIS BRISBOIS BISGAARD
    & SMITH LLP

By: /s/ *Jessica Beeler*
    JESSICA L. BEELER
    Nevada Bar No. 15387
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89118
    Attorneys for Defendant Hilti, Inc.

## ORDER

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2026_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2