**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sean Rodriguez,
Plaintiff(s),
v.
Hilti, Inc.,
Defendant(s).

Case No. 2:26-cv-00818-MMD-MDC

**Order**

[Docket No. 24]

Pending before the Court is a stipulation to reschedule the early neutral evaluation. Docket No. 24. While good cause exists to reschedule the early neutral evaluation, the Court's calendar is extraordinarily full in the coming months and none of the alternative dates proposed are available. Moreover, the parties have not yet exchanged initial settlement proposals and conferred on whether an early neutral evaluation would be fruitful in this case. Given the circumstances, the Court **VACATES** the early neutral evaluation as currently set. No later than July 27, 2026, the parties must file a joint statement explaining whether proceeding with an early neutral evaluation would be fruitful in this case. Once that statement is filed, the Court will determine how best to proceed.

IT IS SO ORDERED.

Dated: July 21, 2026

Nancy J. Koppe
United States Magistrate Judge