**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sean Rodriguez,
Plaintiff(s),
v.
Hilti, Inc.,
Defendant(s).

Case No. 2:26-cv-00818-MMD-MDC

**Order**

[Docket No. 28]

On May 13, 2026, the Court set an early neutral evaluation for August 5, 2026. Docket No. 21. On July 21, 2026, the Court granted the stipulation to continue the early neutral evaluation. Docket No. 25. On July 28, 2026, the Court reset the early neutral evaluation for August 14, 2026. Docket No. 27. The Court warned therein that the early neutral evaluation may not be reset again given the general timing requirements for an early neutral evaluation[1] and the Court's full calendar in the coming weeks and months. *Id.* at 1 n.1. Now pending before the Court is another stipulation to continue the early neutral evaluation. Docket No. 28. That stipulation includes only three alternative dates, *but see* Docket No. 21 at 1 n.1 (requiring at least five alternative dates), none of which is available on the Court's calendar. Accordingly, the Court **DENIES** the stipulation to continue. As it appears infeasible to hold an early neutral evaluation as contemplated by the local rules, the Court **VACATES** the early neutral evaluation, **EXEMPTS** this case from an early neutral evaluation, and **INSTRUCTS** the Clerk's Office to remove the ENE flag and the undersigned from the docket. Of course, the parties are free to discuss settlement among themselves and to engage a private mediator if they so desire.

IT IS SO ORDERED.

Dated: August 4, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The "early" neutral evaluation is meant to be held within 90 days of a defendant's first appearance. *See* Local Rule 16-6(d).